UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JUSTIN S. CURRY     PLAINTIFF

v.     CIVIL ACTION NO. 3:17-CV-P720-CRS

LMDC CLASSIFICATION et al.     DEFENDANTS

## MEMORANDUM

Plaintiff Justin S. Curry, a prisoner, filed a *pro se* complaint and a motion to proceed without prepayment of the fee. However, he did not attach a certified copy of his prison trust account statement for the prior six months. Therefore, the Court ordered Plaintif, within 30 days, to either pay the $400 fee for initiating a civil action or file a certified copy of his prison trust account statement for the prior six months. That Order warned Plaintiff that failure to comply in the time allotted would result in dismissal of this action.

More than 30 days have passed since entry of that Order without compliance from Plaintiff. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: February 22, 2018

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4411.009